# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**VICKIE BOLER**                                                                          **PLAINTIFF**

**VS.**                                            **CIVIL ACTION NO.: 3:18-cv-894-CWR-FKB**

**WAL-MART STORES EAST, LP**                                          **DEFENDANT**

## NOTICE OF DEPOSITION

**TO:**      ALL COUNSEL OF RECORD

       **COMES NOW,** Wal-Mart Stores East, LP, by and through undersigned Counsel, and hereby notices the stenographic deposition of **Dr. Philip Scurria** before an officer authorized by law to administer oaths. Said deposition will take place on <u>Friday, September 27, 2019</u> beginning at <u>1:00 p.m.</u> at Dr. Scurria's office located on the first floor of <u>Merit Health River Region West, 1115 North Frontage Road, Vicksburg, Mississippi 39180</u>. Defendant Wal-Mart Stores East, LP requests that Dr. Scurria provide his medical file for Vickie Boler at the time of the scheduled deposition.

       You are hereby notified to appear and take part in the deposition as you deem appropriate.

       Respectfully submitted, this the 19th day of September, 2019.

                                          <u>//s// Joshua A. Leggett</u>
                                          JENNIFER M. STUDEBAKER (MSB #10433)
                                          SIMINE BAZYARI REED (MSB #101259)
                                          JOSHUA A. LEGGETT (MSB #103901)

                                          ATTORNEYS FOR WAL-MART STORES EAST, LP

OF COUNSEL:

**FORMAN WATKINS & KRUTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201-2375
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
jennifer.studebaker@formanwatkins.com
josh.leggett@formanwatkins.com
simine.reed@formanwatkins.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this the 19th day of September, 2019, I caused to be filed via the CM/ECF system the foregoing document and that the service will be provided to all participants in the case by the CM/ECF system.

                           *//s// Joshua A. Leggett*
                           JOSHUA A. LEGGETT